29502. McDANIEL *v.* THE STATE.

BROYLES, C. J. The defendant was indicted for the offense of murder, and was convicted of voluntary manslaughter. The evidence, while conflicting, authorized the verdict; and the overruling of the motion for new trial, containing the general grounds only, was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED APRIL 10, 1942.

A. T. *Walden,* for plaintiff in error.

*John A. Boykin, solicitor-general, Durwood T. Pye, Quincy O. Arnold,* contra.